**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ivan Ray BEGAY, Defendant— Appellant.**

**No. 01–10645.**

**D.C. No. CR–00–01222–PGR.**

United States Court of Appeals, Ninth Circuit.

Submitted on July 22, 2002.*

Decided July 29, 2002.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**64**

---

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

## MEMORANDUM**

Ivan Ray Begay appeals his 382–month sentence following his guilty plea to eight counts of aggravated sexual abuse on two women on a Navajo Indian reservation, in violation of 18 U.S.C. § 2241(a)(1). We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm.

Begay contends that the district court improperly enhanced his base offense level under U.S.S.G. § 3A1.3 by two levels for restraining his victims during the commission of the offense. According to Begay, the two-level enhancement amounted to impermissible double counting because it was assessed for conduct already accounted for in the district court's four-level enhancement for the use of force during a sexual assault under U.S.S.G. § 2A3.1(b)(1). We review de novo a district court's interpretation and application of the Sentencing Guidelines. *United*

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

*States v. Bowman,* 215 F.3d 951, 968 n. 11 (9th Cir.2000).

Because restraint of the victim is not an element of the offense of aggravated sexual abuse, *see* 18 U.S.C. § 2241, was not incorporated in the aggravated sexual abuse offense guideline applied here, *see* U.S.S.G. §§ 2A3.1, and was not otherwise taken into account in calculating Begay's base offense level, the district court did not err by increasing Begay's base offense level two levels under U.S.S.G. § 3A1.3. *See* U.S.S.G. § 3A1.3 comment. 2; *United States v. Parker,* 136 F.3d 653, 654 (9th Cir.1998) (per curiam).

**AFFIRMED.**